Eastern District of Kentucky
**FILED**

OCT 3 0 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

DARLA S. ASHCRAFT-BOETTCHER )
)
PLAINTIFF )
)
v. ) CIVIL ACTION NO. 2:19-cv-00101-DLB-CJS
)
LIFE INSURANCE COMPANY OF NORTH )
AMERICAN, ET AL. )
)
DEFENDANT )

## AGREED ORDER OF DISMISSAL

Plaintiff, Darla S. Ashcraft-Boettcher, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

30 Oct. 19

Respectfully submitted,

Signed By:
**_David L. Bunning_**
United States District Judge

/s/Robert Armand Perez Sr. (by DAC with permission)
Robert Armand Perez, Sr.
The Perez Law Firm Co., LPA
6921 Fox Hill Lane
Cincinnati, OH 45236-4905
***Counsel for Plaintiff***

/s/David A. Calhoun
David A. Calhoun
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY 40202-2898
502.589.5235
***Counsel for Defendant, Life Insurance Company of North America***